IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SHAWN STANLEY GILREATH,  Movant,  v.  UNITED STATES OF AMERICA,  Respondent. | HABEAS CORPUS 28 U.S.C. § 2255  CIVIL ACTION FILE NO. 1:18-CV-1845-ODE-JKL  CRIMINAL ACTION NO. 1:96-CR-0472-ODE-JKL |

## FINAL REPORT AND RECOMMENDATION

Movant has filed a Motion Under 28 U.S.C. § 2255 to Vacate, Set-Aside, or Correct Sentence by a person in Federal Custody. [Doc. 376.] Movant previously filed a § 2255 motion in 2007, which was denied as untimely. [Docs. 282, 313, 318.] Movant filed a second § 2255 motion in 2011, which was denied on the basis that it was successive. [Docs. 335, 338, 351, 356.]

Movant may not file a second or successive § 2255 motion without first obtaining permission to do so from the United States Court of Appeals for the Eleventh Circuit. *See* 28 U.S.C. § 2255(h). Without such prior authorization, this court "lacks jurisdiction to consider a second or successive motion." *Farris v. United States,* 333 F.3d 1211, 1216 (11th Cir. 2003). Movant has not sought

permission to file the present motion. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** for lack of jurisdiction.

In the absence of subject-matter jurisdiction, 28 U.S.C. § 2253(c) does not apply to this case, and the undersigned offers no recommendation regarding a Certificate of Appealability. *See Walker v. United States*, 367 F. App'x 67, 68-69 (11th Cir. 2010) (citing *Hubbard v. Campbell*, 379 F.3d 1245, 1247 (11th Cir. 2004)).

The Clerk is **DIRECTED** to terminate the referral of this case to the undersigned.

**SO RECOMMENDED AND DIRECTED** this 10th day of May, 2018.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE