IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHAWN STANLEY GILREATH,

    Movant

v.

UNITED STATES OF AMERICA,

    Respondent

CRIMINAL ACTION NO.
1:96-CR-472-1-ODE-JKL

CIVIL ACTION NO.
1:18-CV-1845-ODE-JKL

ORDER

This pro se criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge John K. Larkins III filed May 10, 2018 [Doc. 378] ("R&R"). No objections have been filed.[1]

In the R&R, Judge Larkins recommends that this action be dismissed for lack of jurisdiction. Specifically, Judge Larkins found that Movant's petition is a successive § 2255 motion which this Court cannot consider because Movant failed to obtain authorization from the United States Court of Appeals for the Eleventh Circuit for consideration of a second or successive § 2255 petition.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's petition is DISMISSED.

---

[1] Movant filed what was docketed as a motion for extension of time to file response to R&R [Doc. 380]. That motion was granted; however, the Court also explained that without jurisdiction the Court must dismiss the case. Movant has filed no objections to the R&R and the deadline to do so has passed.

SO ORDERED, this _17_ day of July, 2018.

                                      _____
                                      ORINDA D. EVANS
                                      UNITED STATES DISTRICT JUDGE