FILED IN CHAMBERS
U.S.D.C. - Atlanta
JAN 14 2019
James N. Hatten, Clerk
By: /s/ M. Carull, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SHAWN STANLEY GILREATH, | : | |
| Movant | : | |
| | : | CRIMINAL ACTION NO. |
| v. | : | 1:96-CR-472-1-ODE-JKL |
| | : | |
| UNITED STATES OF AMERICA, | : | CIVIL ACTION NO. |
| | : | 1:18-CV-5057-ODE-JKL |
| Respondent | : | |

ORDER

This pro se criminal case is before the Court on the Final Report and Recommendation of United States Magistrate Judge John K. Larkins III filed November 6, 2018 [Doc. 386] ("R&R").[1] No objections have been filed.

In the R&R, Judge Larkins recommends that this action be dismissed for lack of jurisdiction. Specifically, Judge Larkins found that Movant's petition is a successive § 2255 motion which this Court cannot consider because Movant failed to obtain authorization from the United States Court of Appeals for the Eleventh Circuit for consideration of a second or successive § 2255 petition.

The Court having read and considered the R&R and noting the absence of any objections, it is hereby ADOPTED as the opinion and order of the Court. For the reasons set forth in the R&R, Movant's petition is DISMISSED.

SO ORDERED, this 11 day of January, 2019.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

---

[1] Movant's petition was originally filed in the United States Court of Appeals for the Ninth Circuit in September 2018. That Court transferred the petition to this Court on November 1, 2018 [Doc. 384].